# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 00-313-01 |
| JERMAINE KING | : |

## **O R D E R**

AND NOW, this 24th day of June, 2021, upon consideration of Defendant's Pro Se Motion for Compassionate Release/Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 881), the Government's Response in Opposition thereto (Doc. No. 883), and the Defendant's Supplemental Reply (Doc. No. 887) it is hereby ORDERED that:

1. The Defendant's request to be released into home confinement under 18 U.S.C. § 3624(c)(2) is DENIED; and
2. The Defendant's Motion for Compassionate Release/Sentence Reduction (Doc. No. 881) is DENIED WITHOUT PREJUDICE for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
_____
J. CURTIS JOYNER, J.